IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICKI PIONTEK | : | CIVIL ACTION |
| v. | : | |
| BB&T CORPORATION | : | NO. 10-2133 |

ORDER

AND NOW, this 7th day of June 2010, upon consideration of the defendant's Motion to Dismiss, to which no response has been filed, IT IS ORDERED:

That the Motion is GRANTED. The case is DISMISSED as this Court lacks personal jurisdiction over the defendant. The Clerk is directed to mark the case-file CLOSED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,  Sr. J.